Furl KENTON, Joe Brayton, and Otto Boelsen, Respondents,

v.

Richard COLBORN and Loreita S. Colborn, Appellants.

No. WD 34262.

Missouri Court of Appeals, Western District.

July 3, 1984.

P. Wayne Kuhlman, John B. Reddoch, Liberty, for appellants.

David Rahm, Carrollton, for respondents.

SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

This appeal is from a judgment to compel removal of a house trailer in violation of a subdivision restriction.

The judgment is affirmed. Rule 84.16(b).